Jason Theodore Soller (SBN 306137)
Adina Hunter (SBN 362332)
**OPEN ACCESS LAW, APC**
5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028
cm@oaxlaw.com
Phone: (213) 401-4114

*Attorneys for Plaintiff, EPIFANIO TAPIAS*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EPIFANIO TAPIAS**,<br><br>Plaintiff,<br><br>vs.<br><br>**T-SHIRT LAB, INC.; TINBET PROPERTIES, LLC.**; and DOES 1 to 10,<br><br>Defendants. | Case No.: **2:26-cv-06252-FMO (KSx)**<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff EPIFANIO TAPIAS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: July 21, 2026

**OPEN ACCESS LAW, APC**

*/s/ Jason Theodore Soller*
Jason Theodore Soller, Esq.
Attorney for Plaintiff

DATED: July 21, 2026 LAW OFFICES OF STEPHEN E. ABRAHAM

By: */s/ Stephen E. Abraham*
Stephen E. Abraham,
Attorney for Defendants

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason Theodore Soller, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Jason Theodore Soller*
Jason Theodore Soller, Esq.